## Philadelphia v. Walker.

Argued Jan. 24, 1900. Appeal, No. 367, Jan. T., 1899, by plaintiff, in suit of City of Philadelphia v. John W. Walker, from decree of C. P. No. 3, Phila. Co., March T., 1895, No. 262, on bill in equity. Before McCollum, Mitchell, Fell, Brown and Mestrezat, JJ. Appeal dismissed.

Bill in equity for an injunction to restrain the prosecution of the suit of John W. Walker v. City of Philadelphia, C. P. No. 3, Phila. Co., March T., 1895, No. 262. See preceding case.

Opinion by Mr. Justice Mitchell, March 19, 1900:

This was a bill ancillary to the defense in Walker v. Philadelphia, ante, p. 168.

The disposition of that case renders it unnecessary to consider this.

Appeal dismissed, each party to bear its own costs.